[—— NYS2d ——]

In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW
§ 468-A, Respondents. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, February 3, 1998

### APPEARANCES OF COUNSEL

*Hal R. Lieberman* for petitioner.
No appearances for respondents.

### OPINION OF THE COURT

Per Curiam.

Section 468-a of the Judiciary Law requires every resident and nonresident attorney admitted to practice in the State of New York to file a biennial registration statement with the administrative office of the courts. A biennial registration fee must be paid at the time the statement is filed. This registration statement, which is mailed every two years by the Office of Court Administration to every attorney so admitted, must be timely filed and the fee paid regardless of whether the at-

torney is actually engaged in the practice of law in New York or elsewhere. Attorneys who certify to the Chief Administrator of the Courts that they have retired from the practice of law are exempt from paying the registration fee at the time the statement is filed. Subdivision (5) of the statute provides further that "[n]oncompliance by an attorney with the provisions of this section and the rules promulgated hereunder shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division of the supreme court for disciplinary action."

Pursuant to this provision, petitioner Departmental Disciplinary Committee seeks an order suspending from the practice of law certain attorneys who are in violation of the statute, in that they have failed to file the registration statement and pay the registration fee for one or more registration periods after due notification. This Court has previously held that failure to register, or reregister, and pay the biennial registration fee is professional misconduct warranting discipline (*see, Matter of Horoshko*, 218 AD2d 339, 341).

The attorneys in question have received notification of their noncompliance in the following manner. The Office of Court Administration mailed each of the defaulting attorneys two notices to their last known business address and one notice to their last known home address. Attorneys who remained in default following these three notices were referred to the Departmental Disciplinary Committee, which mailed a notice of an imminent suspension motion to the last known business address of the subject attorney. Pursuant to the order of this Court dated June 11, 1997 (M-3316), which provided for service of the suspension motion by publication in the New York Law Journal for five consecutive days, a list of the defaulting attorneys along with their last known business addresses was so published commencing September 29, 1997. Following publication, the motion was called in open court on October 20, 1997. Those attorneys who remain in noncompliance with Judiciary Law § 468-a despite the notification and motion process described are the subject of petitioner's motion for suspension.

Accordingly, due to the continued failure to comply with the statute, petitioner's motion to suspend such attorneys is granted to the extent of suspending those attorneys whose names are enumerated in the attached schedule from the practice of law in the State of New York until further order of this Court.

MILONAS, J. P., ELLERIN, NARDELLI, WILLIAMS and MAZZARELLI, JJ., concur.

Petitioner's motion is granted to the extent of suspending from the practice of law in the State of New York those attorneys whose names are enumerated in the schedule attached to the opinion Per Curiam, effective March 6, 1998, and until the further order of this Court, as indicated. [As amended by unpublished orders entered Mar. 3, 5, 10, 17, 19, 26, Apr. 23, May 12, 19, and June 30, 1998.]

### Schedule of Attorneys Suspended for Violation of Judiciary Law § 468-a

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Dale, Stephen Newton | P.O. Box 454 Boston, MA 02117 | 10-6-75 | 1 |
| D'Alessandro, Jan | 650 Stanyan Street - Apt. 101 San Francisco, CA 94117 | 10-30-89 | 1 |
| Dalessio, Donna Marie | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 1986 | 3 |
| Daley, Joseph Charles | Mudge Rose Guthrie Alexander & Ferdon 180 Maiden Lane New York, NY 10038 | 1962 | 2 |
| Dallal, Gabriel E. | 410 West 23rd Street - #4F New York, NY 10011 | 12-7-87 | 1 |
| D'Alton, Theresa Benedict | 42 Grove Street - Apt. 25 P. O. Box 472 Varick Station Varick Station, NY 10014 | 4-12-82 | 1 |
| Daly, Gillian S. | 1725 York Avenue New York, NY 10128 | 2-9-76 | 1 |
| D'Amico, Kirk Mason | Videfilm Producers Intl. 135 E. 65th Street - 15th Floor New York, NY 10021 | 12-3-84 | 1 |
| Dammers, Clifford R. | Surrey Karasik Morse & Seham 485 Madison Avenue New York, NY 10022 | 1977 | 2 |
| Dandridge, Edward Lee | Loeb and Loeb 230 Park Avenue New York, NY 10169 | 2-5-90 | 1 |
| Danser, Daniel J. | Cravath Swaine & Moore 1 Chase Manhattan Plaza New York, NY 10005 | 1-31-77 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| D'Apolito, Norma P. | Benjamin N. Cardozo School of Law 55 Fifth Avenue New York, NY 10003 | 4-3-78 | 1 |
| Darbee, Jr., Robert S. | Smith & Reiher 115 Broadway New York, NY 10006 | 1949 | 2 |
| Daugherty, James Lee | LeBoeuf Lamb Leiby & MacRae 520 Madison Avenue New York, NY 10021 | 8-6-90 | 1 |
| David, Arie E. | David and Associates 730 Fifth Avenue - Suite 1806 New York, NY 10019 | 1982 | 2 |
| David, Jennifer Kate | 161 W. 15th Street - Apt. 5H New York, NY 10011 | 7-7-80 | 1 |
| Davidowitz, Susan | 247 Third Avenue - Ste. 303 New York, NY 10010 | 1986 | 2 |
| Davidson, A. Elizabeth | Pickering Associates 140 Riverside Drive - #17C New York, NY 10024 | 8-25-86 | 1 |
| Davidson, Ethel A. | Administrative Law Judge Unemployment Ins. Referee 2 World Trade Center - 52nd Floor New York, NY 10047 | 3-4-46 | 1 |
| Davidson, Harvey S. | 122 E. 42nd Street - 24th Floor New York, NY 10168 | 1958 | 2 |
| Davies, George E. | Smith Barney Harris Upham & Co. Incorporated 1345 Avenue of the Americas New York, NY 10105 | 1964 | 2 |
| Davis, Jonathan Terence | 3 Washington Square Village Washington Square New York, NY 10012 | 10-27-80 | 1 |
| Davis, Kery Dewitt | Golenbock and Barell 645 Fifth Avenue New York, NY 10022 | 9-19-83 | 1 |
| Davis, Mary Barnes | Siff Rosen & Parker 233 Broadway New York, NY 10279 | 1985 | 2 |
| Davis, Mary Jane | Baer Marks & Lipham 805 Third Avenue New York, NY 10022 | 3-5-84 | 1 |
| Davis, Patrice Merritt | New York County District Attorney's Office 1 Hogan Place New York, NY 10013 | 1981 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Davis, Jr., Thomas Joseph | New York City Law Department 100 Church Street New York, NY 10007 | 1989 | 3 |
| Deaderick, Jr., Robert Hardin | 19 West 44th Street - Suite 418 New York, NY 10036 | 7-7-77 | 1 |
| Deaver, Jeffery Wilds | Warren Gorham & Lamont One Penn Plaza New York, NY 10119 | 4-11-83 | 1 |
| Debaubigny, Andre Henri | Brown & Wood One World Trade Center New York, NY 10048 | 8-16-93 | 1 |
| Debevoise, William E. | Shea & Gould 330 Madison Avenue New York, NY 10017 | 1952 | 2 |
| Dejong, Pieter J. | Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 | 1981 | 3 |
| Delaney, John V. | NYS School of Law 40 Washington Sq. S. - Room 434 New York, NY 10012 | 3-21-60 | 1 |
| Deleo, Deborah Ann | Botein Hays & Sklar 200 Park Avenue New York, NY 10166 | 1982 | 2 |
| Delgado, Salvador Vincent | Legal Aid Society 80 Lafayette Street New York, NY 10013 | 6-21-82 | 1 |
| Demarco, Nicholas C. | Leonard Gold Co., Inc. 111 W. 40th Street - Suite 408 New York, NY 10018 | 1-15-79 | 1 |
| Demby, Elayne Robertson | Shea & Gould 1251 Avenue of the Americas New York, NY 10019 | 7-25-88 | 1 |
| Demby, Glenn S. | Brownstone Publishers, Inc. 304 Park Avenue South New York, NY 10010 | 7-1-88 | 1 |
| Deng, Jing | Rosenman & Colin 575 Madison Avenue - Room 1638 New York, NY 10022 | 3-2-92 | 1 |
| Dennison, Mark Steven | Clark Boardman Co., Ltd. 435 Hudson Street New York, NY 10014 | 5-8-89 | 1 |
| Denny, Francis | NYC Dept. of Social Services 250 Church Street New York, NY 10013 | 5-19-80 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Denzer, Sally A. | 157 E. 72nd Street New York, NY 10021 | 4-25-77 | 1 |
| Deren, George Edward | 65 Mustato Road Katonah, NY 10536 | 6-30-72 | 1 |
| Desantis, Louis J. | 4138 Boston Post Road Bronx, NY 10475 | 12-10-62 | 1 |
| Desio, Vincent J. | Department of Health Education & Welfare 250 Broadway - Rm. 1599 New York, NY 10007 | 1974 | 2 |
| Desmond, Daniel P. | American Airlines Inc. 633 Third Avenue New York, NY 10017 | 3-26-62 | 1 |
| Desmond, Patricia Gehringer | 58 Patrick Road Westport, CT 06880 | 11-21-77 | 1 |
| Detweiler, John C. | Mobil Oil Corporation 150 E. 42 Street New York, NY 10017 | 1977 | 2 |
| Deutschman, Jerome M. | 400 E. 52nd Street New York, NY 10022 | 1953 | 2 |
| Deverin, Sean Gerard | Hill Betts & Nash 1 World Trade Center - Suite 5215 New York, NY 10048 | 6-2-86 | 1 |
| Devitt, Patrick Alan | Winthrop Stimson Putnam & Roberts One Battery Park Plaza New York, NY 10004 | 7-17-89 | 1 |
| Dewitt, Nicolette Kim | Coudert Brothers 200 Park Avenue New York, NY 10014 | 6-19-78 | 1 |
| Dexter, Vicki L. | Cole & Deitz 40 Wall Street New York, NY 10005 | 4-16-84 | 1 |
| Dezuani, Milvia Anna-Maria | Robert A. Mackasek, Esq. 350 5th Avenue - Suite 7415 New York, NY 10118 | 9-17-79 | 1 |
| Diamond, Ellen M. | 504 Belden Hill Road Wilton, CT 06897 | 1-14-85 | 1 |
| Dierickx, Joan | 115 E. 90 Street New York, NY 10028 | 10-10-72 | 1 |
| Digiacomo, Michael D. | Jones Lang Wootton 101 E. 52 Street New York, NY 10022 | 1975 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|---------------------|---------------------|-------|
| Dikitanan, Rosalinda Castillo | Philippine National Bank New York Branch 5 World Trade Center - Suite 639 New York, NY 10048 | 1987 | 3 |
| Dilorenzo, Eleanora M. | 322 East 85th Street - Apt. #1C New York, NY 10028 | 9-28-87 | 1 |
| D'Incelli, Pierre J. | IC & A 405 Park Avenue - #500 New York, NY 10022 | 7-16-79 | 1 |
| Dionne, Marylouise E. | Price Waterhouse 153 East 53rd Street New York, NY 10010 | 8-2-79 | 1 |
| Dirienzo, Carmen M. | Carmody Direnzo & Goldstein 250 W. 57 Street - Suite 1619 New York, NY 10107 | 1981 | 2 |
| Dirks, David Louis | Super Surance 225 E. Lafayette St. - #606 New York, NY 10012 | 1991 | 3 |
| Distler, A. D. | Prudential-Bache Securities, Inc. 100 Gold Street New York, NY 10292 | 1978 | 2 |
| Diver, John J. | Dollinger & Dollinger 489 5th Avenue New York, NY 10017 | 1949 | 2 |
| Dixon, Charles Douglas | Sterling Winthrop, Inc. 90 Park Avenue New York, NY 10016 | 1974 | 2 |
| Dixon, Peter Murdock | 1827 Claybourne Avenue Salt Lake City, UT 84106 | 9-26-77 | 1 |
| Dobbins, Jr., Edward F. | Continental Bank 520 Madison Avenue New York, NY 10022 | 1973 | 2 |
| Dodell, Herbert | c/o Kabbalau Center 521 5th Avenue - 17th Floor New York, NY 10175 | 1964 | 2 |
| Dolan, James H. | 1601 Fairfield Beach Rd. Fairfield, CT 06430 | 10-28-71 | 1 |
| Dolan, Thomas J. | Abberley Kooiman 521 5th Avenue New York, NY 10175 | 6-16-86 | 1 |
| Dolan, William R. | Jardine Insurance Brokers 1155 Avenue of the Americas New York, NY 10036 | 1971 | 2 |
| Dolgow, Samuel | Shane & Paolillo, P. C. 666 Fifth Avenue - Suite 3600 New York, NY 10103 | 1979 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Donahue, Anne Delablanchetai | Covenant House 460 West 41st Street New York, NY 10036 | 9-2-82 | 1 |
| Donohue, Florence B. | 3846-B Bailey Avenue Bronx, NY 10463 | 1960 | 2 |
| Doran, Leonard Joseph | American International Group 70 Pine Street New York, NY 10270 | 3-26-62 | 1 |
| Doran, Robert Lawrence | 82 Linden Lane Upper Brookville, NY 11545 | 7-11-78 | 1 |
| Dorin, Bradley H. | Bower & Gardner 110 E. 59 Street New York, NY 10022 | 1985 | 2 |
| Doris, Robert L. | 299 Broadway - Suite 800 New York, NY | 1984 | 3 |
| Dorminey, Elizabeth G. K. | 94 Livingston Street - Apt. 26 New Haven, CT 06511 | 4-16-84 | 1 |
| Dormsjo, Jr., Ture Olof | P.O. Box 20270 Columbus Circle Station New York, NY 10023 | 5-2-83 | 1 |
| Doughty, Anne H. | Robert Youdelman, P. C. 19 West 44th Street - Suite 711 New York, NY 10036 | 1987 | 2 |
| Downey, Robert Daniel | Mudge Rose Guthrie Alexander & Ferdon 180 Maiden Lane New York, NY 10038 | 10-30-89 | 1 |
| Downing, Pamela Joyce | Semel Bocckmann & Skydel 10 Rockefeller Plaza New York, NY 10020 | 6-4-84 | 1 |
| Doyle, Sheri A. | Alexander E. Green 299 Park Avenue New York, NY 10171 | 3-3-86 | 1 |
| Doyno, Barry L. | I Peiser Floors, Inc. 21 W. 100th Street New York, NY 10025 | 1-26-76 | 1 |
| Drake, John C. | VA Hospital 23rd Street and 1st Avenue New York, NY 10022 | 12-4-50 | 1 |
| Drucker, Audrey Helene | Martin Clearwater & Bell 220 East 42nd Street New York, NY 10017 | 10-26-92 | 1 |
| Dryerrosati, Catherine | White & Case 1155 Avenue of the Americas New York, NY 10036 | 1993 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Dubin, David S. | 250 West 57th Street - Suite 2322 New York, NY 10107 | 4-12-71 | 1 |
| Dulles, David | 2208 Cathedral Avenue NW Washington, DC 20008 | 5-8-62 | 1 |
| Dun, Andrea S. | 300 Mercer Street New York, NY 10003 | 1982 | 2 |
| Duncan, Daniel Joseph | c/o NYS Division of Parole 314 West 40th Street - 5th Floor New York, NY 10018 | 6-19-78 | 1 |
| Dunn, Thomas F. | Arthur Young & Co. 277 Park Avenue New York, NY 10022 | 1980 | 2 |
| Dunn, William D. | Legal Aid Society 80 Lafayette Street New York, NY 10013 | 2-14-72 | 1 |
| Durcan, Laurie Frances | Thacher Proffitt & Wood 2 World Trade Center - 40th Floor New York, NY 10048 | 1989 | 2 |
| Dushman, Bernard J. | 207 E. 31st Street New York, NY 10016 | 1974 | 2 |
| Dushoff, Matthew Todd | Legal Aid Society 80 Lafayette Street New York, NY 10013 | 1991 | 2 |
| Dvorin, Joshua Everett | 300 Mercer Street - Apt. 33B New York, NY 10003 | 1-11-93 | 1 |
| Easley, George G. | 50 E. 89th Street New York, NY 10128 | 8-24-78 | 1 |
| Eaton, Timothy James | Patterson Belknap Webb & Tyler 30 Rockefeller Plaza New York, NY 10112 | 1991 | 2 |
| Ecker, Allan B. | Parker Duryee Rosoff & Haft 529 Fifth Avenue - 8th Floor New York, NY 10017 | 3-22-54 | 1 |
| Edelstein, Leah R. | KPMG Peat Marwick 345 Park Avenue - 36th Floor New York, NY 10154 | 1986 | 2 |
| Edelstein, Steven Michael | 9907 Avenue M Brooklyn, NY 11236 | 5-21-79 | 1 |
| Edwards, Catherine Isabelle Bardey | New York County District Attorney's Office 80 Centre Street New York, NY 10013 | 7-26-93 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Edwards, George Eugene | Cravath Swaine & Moore<br>825 Eighth Avenue<br>New York, NY 10019 | 12-5-88 | 1 |
| Edwards, John R. | Gersten Savage Kaplowitz & Curtin<br>575 Lexington Avenue<br>New York, NY 10022 | 9-24-90 | 1 |
| Edwards, Pamela | Lord Day & Lord Barrett Smith<br>1675 Broadway<br>New York, NY 10019 | 10-26-92 | 1 |
| Edwards, Robert | Skadden, Arps, Slate, Meagher & Flom, L. L. P.<br>919 Third Avenue<br>New York, NY 10022 | 5-6-91 | 1 |
| Egan, Barbara | Principal Court Attorney for Judge Allen Alpert<br>100 Centre Street<br>New York, NY 10013 | 3-26-84 | 1 |
| Egan, Phyllis M. | Citibank<br>399 Park Avenue<br>New York, NY 10043 | 10-10-72 | 1 |
| Ehrenthal, James L. | 200 E. 11th Street - 6B<br>New York, NY 10003 | 7-28-86 | 1 |
| Ehrlich, George | 530 E. 20th Street<br>New York, NY 10009 | 12-1-52 | 1 |
| Ehrlich, I, Robert Sal | R. S. Ehrlich & Co.<br>205 West End Avenue - 14H<br>New York, NY 10023 | 12-16-63 | 1 |
| Ehrlich, Virginia | Gibson Dunn & Crutcher<br>200 Park Avenue - 47th Floor<br>New York, NY 10016 | 5-2-88 | 1 |
| Eid, Jr., Richard Norman | Skadden Arps Slate Meagher & Flom, L. L. P.<br>919 Third Avenue<br>New York, NY 10022 | 4-17-89 | 1 |
| Eimicke, Robert Clifford | 15 West 72nd Street - Apt. 14T<br>New York, NY 10023 | 2-29-88 | 1 |
| Eisenstein, Hal Barry | 110 Greene Street - Suite 1102<br>New York, NY 10012 | 1969 | 2 |
| Eisenstein, Harry | Parker Chapin Flattau & Klimpl<br>1211 Avenue of the Americas<br>Room 1943<br>New York, NY 10036 | 9-22-87 | 1 |
| Elbaz, Ilana | Mudge Rose Guthrie Alexander & Ferdon<br>180 Maiden Lane<br>New York, NY 10038 | 1993 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Elder, Betty Gross | Condominio El Girasol Apt. 209 Isla Verde, PR 00913 | 6-20-60 | 1 |
| Elias, Gbolahan Olubukola Akintunde | Cravath Swaine & Moore 82 Wall Street - Suite 1105 New York, NY 10005 | 8-27-90 | 1 |
| Elias, Stacey Eden | Spengler Carlson Gubar Brodsky & Frischling 520 Madison Avenue New York, NY 10022 | 1985 | 2 |
| Ellis, Dennis J. | Vice President Corporate Finance Viacom International, Inc. 1211 Avenue of the Americas New York, NY 10036 | 12-22-69 | 1 |
| Ellis, Douglas Hassell | Tip Top Planning 357 West 12th Street New York, NY 10014 | 11-8-82 | 1 |
| Engel, Mark Christopher | Deloitte Haskins & Sells One World Trade Center New York, NY 10048 | 6-16-86 | 1 |
| Engel, Stephen David | Baer Marks & Upham 805 Third Avenue New York, NY 10022 | 1987 | 2 |
| Engel, Steven Michael | Hambro Resource Development Incorp 70 East 55th Street New York, NY 10022 | 2-5-79 | 1 |
| Enright, Martin William | Schulte Roth & Zabel 900 Third Avenue New York, NY 10022 | 1986 | 2 |
| Enright, Jr., Richard E. | 609 Ocean Drive Key Biscayne, FL 33049 | 3-27-67 | 1 |
| Enteman, John H. F. | Foundation for the United States Constitution 1271 Avenue of the Americas New York, NY 10020 | 7-8-76 | 1 |
| Epstein, Heitzi Devorah | 8421 Freyman Drive Chevy Chase, MD 20815 | 4-15-85 | 1 |
| Epstein, Manuel | 150 West 34 Street New York, NY 10001 | 1960 | 2 |
| Epstein, Sandra Louise | 92 Sullivan Drive West Orange, NJ 07052 | 8-27-90 | 1 |
| Erdynast, Abe S. | Graham & James 885 Third Avenue New York, NY 10022 | 1989 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Erenstein, Vicki Lynne | Sipser Weinstock Harper et al. 380 Madison Avenue New York, NY 10017 | 5-12-75 | 1 |
| Erisman, Caroline K. | 333 E. 79th Street - #17Z New York, NY 10021 | 6-15-87 | 1 |
| Escoffery, Joan Jennifer | 1 Kings Highway Bloomfield, CT 06002 | 2-6-89 | 1 |
| Eskin, Jordan H. | 28 W. 44th Street - Suite 1405 New York, NY 10036 | 4-2-51 | 1 |
| Esterlein, Laurel | E. F. Hutton & Company, Inc. 31 W. 52nd Street - 16th Floor New York, NY 10019 | 8-24-78 | 1 |
| Evans, John David | 210 Madison Avenue New York, NY 10016 | 1-15-73 | 1 |
| Eyster, II, James Parry | Actors Equity Assn. 1500 Broadway New York, NY 10036 | 4-28-80 | 1 |
| Faber, Barry Michael | Paul Weiss Rifkind Wharton & Garrison 1285 Avenue of the Americas New York, NY 10019 | 6-15-87 | 1 |
| Fabrizio, Stacey A. | Kroll & Tract 500 5th Avenue New York, NY 10110 | 9-21-92 | 1 |
| Fagelbaum, Jerold | Skadden Arps Slate et al. 919 3rd Avenue New York, NY 10022 | 1973 | 2 |
| Fallon, Ann Louise | Savings Bank Life Insurance Fund 460 West 34th St. New York, NY 10001 | 12-8-86 | 1 |
| Fandl, Helmuth R. | 3 Eileen Avenue New City, NY 10956 | 12-5-55 | 1 |
| Fanning, Eugene P. | Windels Marx Davies & Ives 156 West 56th Street New York, NY 10019 | 1981 | 2 |
| Faragasso, Gregory G. | Lord Day & Lord Barrett Smith 1675 Broadway New York, NY 10019 | 6-19-89 | 1 |
| Farkas, Alan L. | First Wall St SBIC L.P. 44 Wall Street New York, NY 10005 | 1967 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Farrell, Thomas G. | Shearman & Sterling 599 Lexington Avenue New York, NY 10022 | 2-4-85 | 1 |
| Fazio, Joseph A. | Metropolitan Life Ins. Co. One Madison Avenue New York, NY 10010 | 1979 | 2 |
| Federbush, David Benjamin | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 1989 | 2 |
| Feiden, Robert T. | Arista Records, Inc. 6 West 57th Street New York, NY 10019 | 1968 | 2 |
| Fein, Carrie Susan | Hall Dickler Lawler Kent & Friedman 460 Park Avenue New York, NY 10022 | 2-1-88 | 1 |
| Feinerman, James Vincent | Davis Polk & Wardwell One Chase Manhattan Plaza New York, NY 10005 | 2-2-81 | 1 |
| Feinstein, Franklin | 80 Ridge Road Glenrock, NJ 07452 | 6-24-55 | 1 |
| Feldman, Andrea Lisa | 2019 Bentley Avenue - #7 Los Angeles, CA 90025 | 4-11-88 | 1 |
| Feldman, Roger L. | West Creek Capital 135 W. 50th St. - Suite 1820 New York, NY 10020 | 7-6-87 | 1 |
| Feldstein, Miriam L. K. | Crown Prints Management Corp. 435 E. 79th St. - #2P New York, NY 10021 | 9-28-87 | 1 |
| Feliciano, Julieta C. | 117-20 Queens Blvd. - 2nd Floor Forest Hills, NY 11375 | 1984 | 2 |
| Fellman, Henry | 435 E. 79th Street New York, NY 10021 | 1976 | 2 |
| Fells, Cheryl D. | Towers Perrin Forster & Crosby 100 Summit Lake Drive - 4th Floor Valhalla, NY 10595 | 1977 | 2 |
| Felsenstein, Max | 3755 Henry Hudson Parkway Bronx, NY 10463 | 6-28-49 | 1 |
| Fendell, Lisa Sue | 500 E. 77th St. - Apt. 1535 New York, NY 10021 | 7-17-89 | 1 |
| Fernbach, Jack R. | 99 Park Avenue New York, NY 10016 | 11-2-42 | 1 |
| Ferrara, Joseph John | Ferrara & Hantman 888 7th Avenue - 44th Floor New York, NY 10106 | 1983 | 3 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|-------------------|-------------------|-------|
| Ferrell, Raymond Reginald | Carter Ledyard & Milburn 2 Wall Street New York, NY 10005 | 8-16-93 | 1 |
| Ferris, Dean A. | Hill Betts & Nash One World Trade Center Suite 5215 New York, NY 10048 | 1984 | 2 |
| Fielding, Richard F. | Mudge Rose Guthrie & Alexander 20 Broad Street New York, NY 10005 | 1975 | 2 |
| Fier, Amy | New York City Dept. of Housing Preservation and Development 150 William Street New York, NY | 1986 | 2 |
| Fierstein, Carol Ann | E.D.P. World 600 Third Avenue - 20th Floor New York, NY 10016 | 7-8-85 | 1 |
| Fifer, Scott Anthony | Lord Day & Lord 1675 Broadway New York, NY 10019 | 2-29-88 | 1 |
| Finch, Frank Herschel | 279 S. Beverly Dr. - #346 Beverly Hills, CA 90212 | 9-20-88 | 1 |
| Fine, Jon Peter | Debevoise & Plimpton 875 Third Avenue New York, NY 10022 | 7-26-93 | 1 |
| Fink, Leonard E. | 180 West 93rd St. New York, NY 10025 | 3-21-60 | 1 |
| Finkelstein, Steven Harold | Eckhause & Associates 10 E. 40 Street New York, NY 10016 | 1983 | 3 |
| Finkelstein, William Morris | Finkelstein & Robinson 122 E. 42nd Street New York, NY 10168 | 7-30-84 | 1 |
| Finley, Myron G. | 223 Eighth Avenue - 12th Floor New York, NY 10011 | 7-18-83 | 1 |
| Finn, Jane A. | 15 W. 72nd Street New York, NY 10023 | 3-13-78 | 1 |
| Finnegan, Reynold J. | Union Carbide Corporation 270 Park Avenue New York, NY 10017 | 1969 | 2 |
| Firestone, Rhoda Judith | Bear Stearns & Co., Inc. 245 Park Avenue New York, NY 10167 | 7-8-85 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Firstenberg, Paul B. | Kaye Scholer Fierman Hays & Handler 425 Park Avenue New York, NY 10022 | 3-23-59 | 1 |
| Fischer, Fredric H. | Seyfarth Shaw Fairweather et al. 1211 Avenue of the Americas New York, NY 10036 | 1968 | 2 |
| Fishbein, Mark Lewis | Herzfeld & Rubin, P. C. 40 Wall Street New York, NY 10005 | 3-17-80 | 1 |
| Fishbein-Hass, Shirley Ann | Halperin Karow & Marcus 535 Fifth Avenue New York , NY 10017 | 1985 | 2 |
| Fisher, Richard Levon | RD 1, Box 124A Andover, NJ 07821 | 7-1-63 | 1 |
| Fishman, Lisa | The Legal Aid Society 60 Lafayette Street New York, NY 10013 | 1-12-87 | 1 |
| Fitts, Edward P. | Lane & Mittendorf 26 Broadway New York, NY 10004 | 1978 | 2 |
| Fitzpatrick, David Stockton | 119 West 57th Street New York, NY 10019 | 4-1-68 | 1 |
| Fletcher, Susan Alicia | Gerald L. Shargel 150 E. 58th Street New York, NY 10155 | 1992 | 2 |
| Flocken, Paul Jay | 3989 Park Avenue Fairfield, CT 06432 | 6-29-64 | 1 |
| Flug, Sol | 473 FDR Drive New York, NY 10002 | 6-26-61 | 1 |
| Flynn, Patricia A. | Paine Webber Jackson & Curtis 140 Broadway New York, NY 10005 | 6-27-69 | 1 |
| Flynn, Steven Howard | American Home Products Corporation Patent Law Department 685 Third Avenue New York, NY 10017 | 1981 | 3 |
| Fogarty, Deborah Brasz | U.S. Department of Labor 1515 Broadway New York, NY 10036 | 3-15-76 | 1 |
| Fogarty, John E. | Manhattan Cable Television, Inc. 120 East 23rd Street New York, NY 10010 | 3-15-76 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Folks, Juliet Mack | 31 Hamilton Terrace - #2 New York, NY 10031 | 2-5-90 | 1 |
| Follis, John A. | Jacobowitz & Lysaght 80 Maiden Lane New York, NY 10008 | 4-11-88 | 1 |
| Fontao, Tracy | The Legal Aid Society 80 Lafayette Street - 9th Floor New York, NY 10013 | 7-1-91 | 1 |
| Footner, Karen Murray | Society for Prevention of Cruelty to Children 161 William Street New York, NY | 7-26-82 | 1 |
| Fordes, William N. | Berger Paley & Ockman 747 Third Avenue New York, NY 10017 | 1981 | 2 |
| Forehand, Karen Elizabeth | Fennell & Minkoff 330 Madison Avenue - 34th Floor New York, NY 10017 | 3-1-93 | 1 |
| Foreman, James Matthew | Powsner Saft & Powsner 3 East 54th Street New York, NY 10022 | 10-31-83 | 1 |
| Foreman, Jonathan Elliott | Shearman & Sterling 599 Lexington Avenue New York, NY 10022 | 10-26-92 | 1 |
| Foster, James John | Davis Hoxie Faithfull & Hapgood 45 Rockefeller Plaza New York, NY 10111 | 2-22-71 | 1 |
| Fox, Lawrence | Drinker Biddle & Reath 405 Park Avenue New York, NY 10022 | 1970 | 2 |
| Fox, Lawrence Howard | Rogers & Wells 200 Park Avenue New York, NY 10166 | 10-21-91 | 1 |
| Fox, Ronda D. | 180 East End Avenue - Apt. 7H New York, NY 10128 | 7-7-81 | 1 |
| Fox, Jr., Thomas E. | Rabinowitz Boudin et al. 740 Broadway - Fifth Floor New York, NY 10003 | 1-10-89 | 1 |
| Francisco, Raymundo Tirona | Caparas & Francisco, P. C. 421 7th Avenue - Suite 511 New York, NY 10001 | 1985 | 3 |
| Frank, Bertram | Bertram Frank, P. C. 521 Fifth Avenue New York, NY 10017 | 1963 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Frank, Sanford Jay | 205 East 95th Street - Apt. 33C New York, NY 10128 | 4-12-82 | 1 |
| Frankel, Carl | McGraw Hill, Inc. 1221 Avenue of the Americas New York, NY 10020 | 10-6-75 | 1 |
| Frankel, Geoffrey S. | Skadden Arps Slate Meagher & Flom, L. L. P. 919 Third Avenue New York, NY 10022 | 6-1-92 | 1 |
| Frankel, Martin Sheldon | Wilkie Farr & Gallagher 153 E. 53rd Street New York, NY 10022 | 2-27-78 | 1 |
| Franklin, Melissa | Davis Polk & Wardwell 499 Park Avenue New York, NY 10022 | 7-16-91 | 1 |
| Franklin, Philip R. | 380 Mountain Road Union City, NJ 07087 | 1-5-55 | 1 |
| Fredrich, Daniel Sebastian | Cravath Swaine & Moore One Chase Manhattan Plaza New York, NY 10005 | 5-24-82 | 1 |
| Freedman, Sheldon | 48 Isabella Street - Apt. 204 Toronto M4Y 1N2, ON | 9-15-80 | 1 |
| Freiman, Marvin A. H. | 666 Fifth Avenue New York, NY 10103 | 6-28-49 | 1 |
| Freimark, Lewis B. | 105 Read Street - Third Floor New York, NY 10007 | 6-19-78 | 1 |
| Frey, Louis F. | 51 Prospect Avenue Pompton Plains, NJ 07444 | 6-24-57 | 1 |
| Friedenheit, Arthur R. | 155 East 73 Street New York, NY 10021 | 1-17-83 | 1 |
| Friedlander, Lawrence J. | 311 E. 50th Street New York, NY 10022 | 1977 | 2 |
| Friedlich, Mark L. | Matthew Bender & Co. 235 E. 45th Street New York, NY 10017 | 1977 | 2 |
| Friedman, David Lawrence | Skadden Arps Slate Meagher & Flom, L. L. P. 919 Third Avenue - 30th Floor New York, NY 10022 | 11-4-91 | 1 |
| Friedman, Foster Samuel Burton | Stephen M. Haas Temps 60 East 42nd Street New York, NY 10017 | 1990 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Friedman, Jeffrey E. | Nomura Securities International, Inc. 2 World Financial Center Building B, 21st Floor New York, NY 10281 | 3-4-91 | 1 |
| Friedman, Jerry S. | 300 Madison Avenue New York, NY 10017 | 1963 | 2 |
| Friedman, Jodi Anne | Segal & Meltzer, Esqs. 350 Broadway - Suite 300 New York, NY 10013 | 1-13-92 | 1 |
| Friedman, Stephen A. | 3435 Giles Place Bronx, NY 10463 | 1960 | 2 |
| Freidman, Zebbia | 11 Broadway New York, NY 10004 | 6-24-55 | 1 |
| Fries, Arnold Jay | Continental Grain Co. 277 Park Avenue - 48th Floor New York, NY 10172 | 1982 | 2 |
| Frind, Karen Ann | New York City Campaign Finance Board 253 Broadway New York, NY 10007 | 1990 | 2 |
| Fritch, Bruce E. | Morgan Lewis & Bockius 101 Park Avenue New York, NY 10178 | 1973 | 2 |
| Fruhling, Aaron | 69-39 Yellowstone Boulevard Forrest Hills, NY 11375 | 3-25-91 | 1 |
| Fuchs, Robert Howard | Lewisohn, Eisenberger & Fuchs 321 Broadway New York, NY | 1980 | 2 |
| Fuller, James P. | Fenwick Stone Davis & West 800 Third Avenue New York, NY 10022 | 1971 | 2 |
| Fuller, Matthew S. | Jacoby & Meyers 25 W. 45th Street - 6th Floor New York, NY 10036 | 7-1-91 | 1 |
| Fuller, Jr., William Elliott | Fuller Lawton & Moyles 17 Battery Place New York, NY 10004 | 1958 | 2 |
| Furlaud, Eleanor Jay | Towne Dolgin Sawyier & Horton 445 Park Avenue New York, NY 10022 | 1-14-80 | 1 |
| Furman, Howard Melvyn | Howard M. Furman, P. C. 350 Fifth Avenue New York, NY 10118 | 6-18-62 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Futter, Rodger S. | Transit Mix Concrete Corp. 641 Lexington Avenue New York, NY 10022 | 1979 | 2 |
| Gabrynowicz, Joanne Irene | 317 E. 18th Street New York, NY 10003 | 1-27-81 | 1 |
| Gaitherojeda, Cheryl Olivia | New York Stock Exchange 11 Wall Street New York, NY | 1986 | 2 |
| Galkin, William Seth | Reavis & McGrath 345 Park Avenue - 42nd Floor New York, NY 10154 | 6-2-86 | 1 |
| Gallant, Mitchell C. | Squadron Ellenoff Plesent & Lehrer 551 Fifth Avenue New York, NY 10017 | 5-2-89 | 1 |
| Galleberg, Gary Peder | Zoran Ladicorbic, Ltd. 214 Sullivan Street New York, NY 10012 | 1-14-85 | 1 |
| Galloway, Timothy Eric | Davis Polk & Wardwell 1 Chase Manhattan Plaza New York, NY 10005 | 8-28-89 | 1 |
| Gannon, Eileen Rubinstein | 90 New Monmouth Road Middletown, NJ 07748 | 3-2-87 | 1 |
| Ganz, Bryan Scott | Ganz Management 314 West 71st Street New York, NY 10023 | 6-18-84 | 1 |
| Gao, Xi-Qing | Mudge Rose Guthrie Alexander & Ferdon 180 Maiden Lane New York, NY 10038 | 5-4-87 | 1 |
| Garcia, Charles E. | 350 Broadway - Ste. 1100 New York, NY 10013 | 1975 | 2 |
| Garcia, Raul | Lord Day & Lord Barrett Smith 1675 Broadway New York, NY 10019 | 1992 | 3 |
| Garfield, James Robert | 349 West 29th Street - Apt. 4B New York, NY 10001 | 2-28-83 | 1 |
| Garfield, Leslie Yalof | New York City Council 250 Broadway New York, NY 10007 | 7-7-86 | 1 |
| Garnes, Liza Michelle | Cleary Gottlieb Steen & Hamilton 1 Liberty Plaza New York, NY 10006 | 1993 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Garrish, Eileen M. | 130 West 57th Street New York, NY 10019 | 9-26-77 | 1 |
| Gaspich, Anthony John | Haight Gardner Poor & Havens 195 Broadway New York, NY 10007 | 12-7-87 | 1 |
| Gates, Elbert Nathaniel | Cleary Gottlieb Steen & Hamilton One Liberty Plaza New York, NY 10006 | 1989 | 2 |
| Gattine, Andrew M. | 124 Washington Street - Apt. 1 Keene, NH 03431 | 7-11-88 | 1 |
| Gay, Linda G. | Rosenman & Colin 575 Madison Avenue New York, NY 10022 | 2-5-90 | 1 |
| Gaynor, Brenda Kaufman | Winthrop Stimson Putnam & Roberts 40 Wall Street New York, NY 10005 | 4-12-82 | 1 |
| Gayzur, Richard Joseph | Empire Blue Cross & Blue Shield 622 3rd Avenue New York, NY 10016 | 11-26-79 | 1 |
| Geaneas, Paul Zachary | Mobil Corporation 150 East 42nd Street New York, NY 10017 | 10-27-80 | 1 |
| Geary, Harold Casey | Hughes Hubbard & Reed One Battery Park Plaza New York, NY 10004 | 1987 | 2 |
| Gebaide, Eric F. | Friedman Wittenstein & Hochman 101 East 52nd Street New York, NY 10022 | 3-27-89 | 1 |
| Geiger, Robert William | Lord Day & Lord Barrett Smith 1675 Broadway New York, NY 10019 | 1991 | 2 |
| Geller, Joanne | Gary Pillersdorf, P. C. 253 Broadway New York, NY 10007 | 1987 | 2 |
| Gelzer, Cheryl Elise | 40 River Road - Apt. 11M Roosevelt Island, NY 10044 | 11-9-81 | 1 |
| Genovese, Frank T. | 85 East End Avenue - Apt. 16E New York, NY 10028 | 1970 | 2 |
| Gerard, Fred N. | Seyfarth Shaw Fairweather & Geraldson 767 Third Avenue - 19th Floor New York, NY 10017 | 1953 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Gerber, John Rogers | 1035 Belle Meade Island Dr. Miami, FL 33138 | 6-27-69 | 1 |
| Gereg, Marcella Ann | Citibank, NA 641 Lexington Avenue - 9th Floor New York, NY 10043 | 1986 | 3 |
| Germain, Mark Sanders | D. Blech & Company, Inc. 599 Lexington Avenue - 41st Floor New York, NY 10022 | 3-15-76 | 1 |
| Gerstell, Phyllis Amy | 27 Claymore Road - #25-02 Singapore 0922, SI | 2-22-77 | 1 |
| Gerstmann, Evan | Bachner Tally Polevoy & Misher 380 Madison Avenue New York, NY 10017 | 8-24-87 | 1 |
| Gervais, Simone | 1860 Broadway New York, NY 10023 | 7-7-77 | 1 |
| Gesser, Kenneth R. | Matthew Bender, Inc. 235 E. 45th Street New York, NY 10017 | 1977 | 2 |
| Giacoia, Joseph Domenic | Foyen & Partners One Rockefeller Plaza - Suite 1406 New York, NY 10020 | 1988 | 2 |
| Gianopulos, James Nicholas | 150 West End Avenue - Suite 20H New York, NY 10023 | 3-14-77 | 1 |
| Gibson, III, Robert F. | 16 East 64th Street New York, NY 10021 | 3-28-66 | 1 |
| Gieringer, Deborah A. | 319 W. 104th Street New York, NY 10025 | 3-25-85 | 1 |
| Giese, Jill Lorraine | Sherman & Sterling 599 Lexington Avenue at 53rd Street New York, NY 10022 | 2-29-88 | 1 |
| Gilbert, John Stuart | David F. West Associates, Inc. 405 Lexington Avenue New York, NY 10017 | 4-27-65 | 1 |
| Gill, Teresa Mary | Certilman Haft Lebow Balin Buckley & Kremer 805 Third Avenue New York, NY 10022 | 4-13-87 | 1 |
| Gillan, Stephen L. | 36 Cambridge Place Brooklyn, NY 11238 | 3-16-81 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Gilligan, John Matthew | Northern Manhattan Improvement Corp. 601 West 181 Street - 2nd Floor New York, NY | 6-1-87 | 1 |
| Gillis, Mark Gordon | 20420 Fifth Street East Sonoma, CA 95476 | 12-4-89 | 1 |
| Ginsberg, Marion R. | Winston & Strawn 175 Water Street 521 Fifth Avenue - 22nd Floor New York, NY 10038 | 6-21-50 | 1 |
| Ginsburg, Milton | P.O. Box 3533 Myrtle Beach, SC 29578 | 11-30-53 | 1 |
| Giovati, Maive Rita | New York Stock Exchange Arbitration Department 11 Wall Street New York, NY 10005 | 1987 | 2 |
| Giovinazzi, Felix Giles | 424 Hudson Street New York, NY 10014 | 1-29-73 | 1 |
| Giraldo, Gregory Carlos | Skadden Arps Slate Meagher & Flom, L. L. P. 919 Third Avenue New York, NY 10022 | 1991 | 2 |
| Gitlin, Bruce R. | Stroock & Stroock & Lavan 7 Hanover Square New York, NY 10004 | 1990 | 2 |
| Gjerde, Kristina Maria | Environmental Solutions Intl. 20 Thompson Street New York, NY 10013 | 6-17-85 | 1 |
| Glasslangstein, Sari Jean | Matthew Bender 11 Pennsylvania Plaza New York, NY | 1988 | 2 |
| Glatman, Paul | 465 West End Avenue New York, NY 10024 | 3-4-46 | 1 |
| Glazer, Howard C. | Legal Aid Society 100 Centre Street New York, NY 10013 | 1959 | 2 |
| Gleason, III, William Francis | Bristol Myers Co. 345 Park Avenue New York, NY 10022 | 6-29-54 | 1 |
| Glick, Mark Alan | Skadden Arps Slate Meagher & Flom, L. L. P. 919 Third Avenue New York, NY 10022 | 1991 | 2 |
| Gochberg, Andrew E. | Skadden Arps Slate Meagher & Flom, L. L. P. 919 Third Avenue New York, NY 10022 | 4-7-87 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|------|------|------|
| Goda, Randi F. | Sonnenschein Nath & Rosenthal 900 Third Avenue New York, NY 10022 | 6-4-90 | 1 |
| Goichman, Mark | The Legal Aid Society 900 Sheridan Avenue - 6th Floor Bronx, NY 10451 | 9-25-89 | 1 |
| Gokhale, Vijay Manohar | 303 Fifth Avenue - #910 New York, NY 10016 | 1983 | 3 |
| Gold, Cheryl A. | Atlantic Records 75 Rockefeller Plaza New York, NY 10022 | 7-22-91 | 1 |
| Gold-Piche, Carolyn Jean | Darby & Darby 805 Third Avenue New York, NY 10022 | 3-5-90 | 1 |
| Goldberg, Daniel | 489 Broome Street New York, NY 10013 | 7-8-76 | 1 |
| Goldberg, Ellen Brandt | 500 E. 77th Street - Apt. 1208 New York, NY 10021 | 10-10-72 | 1 |
| Goldberg, Michael I. | Bower & Gardner 110 E. 59th Street New York, NY 10022 | 7-7-86 | 1 |
| Goldberg, Morton M. | Bialek Helfman & Omer, P. C. 1745 Williamsbridge Road Bronx, NY 10461 | 1978 | 2 |
| Goldberg, Susan H. | Bader Research Corp. 6 E. 45th Street New York, NY 10017 | 8-3-81 | 1 |
| Goldblatt, Stephen | Williamson & Williamson 305 Broadway New York, NY 10007 | 1991 | 2 |
| Goldblum, Joseph Alan | Whitman & Ransom 522 5th Avenue New York, NY 10036 | 3-17-75 | 1 |
| Goldfarb, Jeffrey A. | 132 West 31st Street New York, NY 10001 | 1977 | 2 |
| Goldfarb, Lawrence Ross | Milbank Tweed Hadley & McCloy One Chase Manhattan Plaza 46th Floor New York, NY 10005 | 4-15-85 | 1 |
| Goldfarb, Stephen J. | Bristol-Myers Company 345 Park Avenue New York, NY 10154 | 1966 | 2 |
| Goldman, Andrew Adler | 200 W. 60th Street - Apt. 32D New York, NY 10023 | 1961 | 4 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Goldman, Janis | Goldman & Clark<br>350 Broadway - Suite 1207<br>New York, NY 10013 | 2-2-81 | 1 |
| Goldsmith, Bonnie Ann | New York City Law Department<br>100 Church Street<br>New York, NY 10007 | 1986 | 2 |
| Goldsmith, Jeff H. | Goldsmith & Cesario<br>600 Third Avenue - Suite 3808<br>New York, NY 10016 | 1983 | 2 |
| Goldstein, Aaron | Paskus Gordon & Hyman<br>45 Rockefeller Plaza<br>New York, NY 10111 | 8-3-81 | 1 |
| Goldstein, Frederick S. | 401 Broadway<br>New York, NY 10013 | 1970 | 2 |
| Goldstein, Jon Matthew | 425 East 79th Street - Apt. #8B<br>New York, NY 10021 | 2-29-88 | 1 |
| Goldstein, Judith R. | 3901 Cathedral Ave. NW - #15<br>Washington, DC 20016 | 2-14-72 | 1 |
| Goldstein, Lisa A. | Novick Edelstein Lugel Reisman<br>Wasserman Leventhal, P. C.<br>903 Sheridan Avenue<br>Bronx, NY 10451 | 8-28-89 | 1 |
| Goldstein, Mark Lee | Dexter Chemical Corporation<br>845 Edgewater Road<br>Bronx, NY 10474 | 10-30-89 | 1 |
| Goldstein, Robyn L. | 222 E. 67 Street<br>New York, NY 10021 | 1989 | 2 |
| Goldstone, Louis Aaron | 392 Central Park West - Apt. 15B<br>New York, NY 10025 | 1-15-73 | 1 |
| Golen, Amy | DC 37 Municipal Employees<br>Legal Services<br>125 Barclay Street - Room 1040<br>New York, NY 10007 | 7-29-85 | 1 |
| Goliger, Gail | 58 West 58th Street - 30F<br>New York, NY 10019 | 4-11-83 | 1 |
| Gomez, Jr., Nicholas Joson | 299 Broadway - Suite 1309<br>New York, NY 10007 | 1985 | 3 |
| Gonya, David J. | Gonya & Chovnick<br>39 E. 20th Street<br>New York, NY 10003 | 1980 | 2 |
| Gonzalez-Maltes, Adrien Peter | Grant Herrmann Schwartz<br>& Klinger<br>1 Wall Street<br>New York, NY 10005 | 6-1-87 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|-------------------|-------------------|-------|
| Goodman, Elliot | 350 West 18th Street<br>New York, NY 11023 | 7-7-80 | 1 |
| Goodman, Harlan J. | 1160 Third Avenue<br>New York, NY 10021 | 8-31-81 | 1 |
| Goodman, Jon Lewis | Sage Gray Todd & Sims<br>2 World Trade Center - 100th Floor<br>New York, NY 10048 | 4-7-80 | 1 |
| Goodpasture, James Dale | 117 Montchan Drive<br>Wilmington, DE 19807 | 3-27-67 | 1 |
| Goodridge, Catherine Canil | 322 W. 57th Street - #10A<br>New York, NY 10019 | 6-4-84 | 1 |
| Goodwin, Iris Jane | Haythe & Curley<br>237 Park Avenue<br>New York, NY 10017 | 8-28-89 | 1 |
| Gorby, Linda Susan | Proskauer Rose Goetz<br>& Mendelsohn<br>1585 Broadway<br>New York, NY 10016 | 4-13-87 | 1 |
| Gordon, Amy Eileen | Ernst & Whinney<br>153 E. 53rd Street<br>New York, NY 10022 | 1-13-86 | 1 |
| Gordon, Barbara | Barbara Gordon Hering<br>103 E. 86th Street<br>New York, NY 10028 | 3-12-56 | 1 |
| Gordon, Charles A. | American Standard, Inc.<br>1114 Avenue of the Americas<br>New York, NY 10036 | 7-7-70 | 1 |
| Gordon, Ruth Elizabeth | Law Offices of Robert Vanlierop<br>416 Convent Avenue<br>New York, NY 10031 | 1981 | 2 |
| Gorelick, Laurie Eckstein | 325 East 77th Street - Apt. 3H<br>New York, NY 10021 | 3-21-83 | 1 |
| Goret, David L. | Controlled Enmody<br>Entertainment<br>155 East 55th Street - #300B<br>New York, NY 10022 | 3-27-89 | 1 |
| Gorrissen, Jeanne E. | Coopers & Lybrand<br>1251 6th Avenue<br>New York, NY 10014 | 1974 | 2 |
| Gosman, Sharon Ann | 1763 Second Avenue - Apt. #32N<br>New York, NY 10128 | 5-6-91 | 1 |
| Gottlieb, Alan W. | Ebasco Services, Inc.<br>Two World Trade Center<br>New York, NY 10048 | 1978 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Gottlieb, Lynn R. | Zola & Zola 228 W. 41st Street New York, NY 10036 | 1981 | 2 |
| Graham, Timothy Edward | Bankers Trust Company 280 Park Avenue New York, NY 10017 | 3-17-80 | 1 |
| Grant, Anthony V. | DC 37 Municipal Employees Legal Services 125 Barclay Street New York, NY 10007 | 1979 | 2 |
| Grant, II, Albert O. | 154 East 29th Street - Apt. 5C New York, NY 10016 | 2-9-76 | 1 |
| Gray, Judith Nan | Martin Clearwater & Bell 220 E. 42nd Street New York, NY 10017 | 2-4-85 | 1 |
| Greaney, Daniel J. | Proskauer Rose Goetz & Mendelsohn 1585 Broadway New York, NY 10036 | 7-12-93 | 1 |
| Greeley, John James | 419 Park Avenue So. New York, NY 10016 | 6-29-54 | 1 |
| Green, Joel Jacob | 137 Deerfield Lane Aberdeen, NJ 07747 | 12-3-56 | 1 |
| Green, Linda Akoury | Thatcher Proffitt & Wood Two World Trade Center 39th Floor New York, NY 10048 | 1986 | 2 |
| Green, Neville George | N G Green & Co. Seagram Building 375 Park Avenue, Suite 3403 New York, NY 10152 | 6-15-82 | 1 |
| Greenbaum, Robert A. | 51 Chambers Street New York, NY 10007 | 1960 | 2 |
| Greenberg, Ira N. | Chase Manhattan Bank, N. A. Legal Department 140 Broadway - 25th Floor New York, NY | 6-14-83 | 1 |
| Greenberg, Lawrence Allan | 295 Madison Avenue - 26th Floor New York, NY 10017 | 2-9-73 | 1 |
| Greenberg, Toby Rachel | Breslow & Walker 875 Third Avenue New York, NY 10022 | 3-3-86 | 1 |
| Greene, Mark S. | Parker Chapin Flattau Klimpl 530 5th Avenue New York, NY 10036 | 1978 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Greenhill, Mitchell Jay | Deloitte Haskins & Sells 1 World Trade Center - 101st Floor New York, NY 10048 | 1985 | 2 |
| Greenstein, Laura Susan | Rosenman & Colin 575 Madison Avenue - 14th Floor New York, NY 10022 | 6-19-89 | 1 |
| Greenwald, Samuel R. | 34 Mallard Rise Irvington, NY 10533 | 6-7-43 | 1 |
| Gregory, Lloyd Lee | Milbank Tweed Hadley & McCloy 1 Chase Manhattan Plaza New York, NY 10005 | 7-22-91 | 1 |
| Griffith, Lawrence Keith | Skadden Arps et al. 919 Third Avenue New York, NY 10280 | 6-2-86 | 1 |
| Griffith Robert Withers | White & Case 14 Wall Street New York, NY 10005 | 4-3-78 | 1 |
| Grignon, Marcel | Arabian American Oil Co. 1345 Avenue of the Americas New York, NY 10019 | 1969 | 2 |
| Griner, Glinda G. | 39 Dolson Road Monsey, NY 10952 | 7-7-86 | 1 |
| Grinker, Marc Alan | 467 Central Park West New York, NY 10025 | 10-26-82 | 1 |
| Gross, Laura Geringer | Paul Weiss Rifkind Wharton & Garrison 1285 Avenue of the Americas 30th Floor New York, NY 10019 | 8-7-89 | 1 |
| Grossbaum, Monica Sara | Bachner Tally Polevoy & Misher 380 Madison Avenue New York, NY 10017 | 1-23-89 | 1 |
| Grossman, Barbara | Matthew Bender & Co., Inc. 235 E. 45 Street New York, NY | 1981 | 2 |
| Grossman, Hal Bruno | Matthew Bender & Co., Inc. 11 Penn Plaza New York, NY 10001 | 6-20-83 | 1 |
| Grossman, Michael J. | NBC, Inc. 30 Rockefeller Plaza New York, NY 10020 | 3-22-65 | 1 |
| Grossman Paula Ann | 60 E. End Avenue New York, NY 10028 | 12-5-55 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Gruder, Michelle Sue | Phillips Nizer Benjamin Krim 40 W. 57th Street New York, NY | 5-21-79 | 1 |
| Grunis, Asher Dan | Weinberg - Doron & Co. 750 Third Avenue - 26th Floor New York, NY 10017 | 1987 | 3 |
| Gucovsky, Maria R. | Chase Manhattan PBI 350 Park Avenue - 6th Floor New York, NY 10022 | 4-16-84 | 1 |
| Guerrero, Eleanor J. | 776 E. 2nd Avenue - Suite 105 Durango, CO 81301 | 5-4-87 | 1 |
| Gumbs, Clyde E. | The Bank of New York 48 Wall Street New York, NY 10015 | 1980 | 2 |
| Gumm, Margaret Ruth | Office of Legal Affairs NYC Department of Social Services 220 Church Street - 6th Floor New York, NY 10013 | 4-13-70 | 1 |
| Gunnigle, Edward J. | Proskauer Rose Goetz & Mendelsohn 300 Park Avenue New York, NY 10022 | 1945 | 2 |
| Gvirtsman, Michael | 1252 Lexington Avenue - 2F New York, NY 10028 | 9-21-92 | 1 |
| Haberman, Scott M. | E.F. Hutton & Co., Inc. One State Street Plaza New York, NY 10004 | 3-26-84 | 1 |
| Habib, Sylvia | 1170 Broadway New York, NY 10001 | 1981 | 2 |
| Hackett, Derek L. A. | Seward & Kissel Wall Street Plaza New York, NY 10005 | 12-1-80 | 1 |
| Hageman, Hans E. | Neighborhood Defender Service of Harlem 55 W. 125th Street New York, NY 10027 | 8-27-84 | 1 |
| Hagen, Dale W. | 200 E. 33rd Street - Apt. 15E New York, NY 10016 | 1963 | 2 |
| Hagen, Richard A. | Crowell Rouse Varian Hagen & Matera 111 Broadway New York, NY 10006 | 1949 | 3 |
| Hager, Cecile Dalin | 75 Bank Street - Apt. 1L New York, NY 10014 | 9-15-92 | 1 |
| Hager, Timothy Read | 10 Little West 12th Street New York, NY 10014 | 6-16-92 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Hahn, Lindsay B. | 35 West 64th Street - Apt. 9C New York, NY 10023 | 5-6-91 | 1 |
| Hait, Alexander Gray | Victor J. Horowitz, Esq. 277 Broadway - 15th Floor New York, NY 10007 | 1993 | 3 |
| Hakim, Victor Philip | 340 East 63rd Street New York, NY 10021 | 4-11-68 | 1 |
| Haleva, Aaron | Emmet Marvin & Martin 48 Wall Street New York, NY 10005 | 1987 | 2 |
| Hall, Lavinia Elizabeth | 117 West 10th Street New York, NY 10011 | 1-17-83 | 1 |
| Hallerman, Stacey | Amster Rothstein & Ebenstein 90 Park Avenue New York, NY 10016 | 8-7-89 | 1 |
| Halley, Jr., James R. | Halley Calkins & Avallone, P. C. 300 E. 42nd Street New York, NY 10017 | 1976 | 2 |
| Halligan, Jr., Joseph P. | 225 Broadway New York, NY 10007 | 12-4-50 | 1 |
| Halpern, Edgar A. | 238 8th Avenue New York, NY 10011 | 3-12-56 | 1 |
| Halpern, Frances | JAF P. O. Box 40 New York, NY 10116 | 1949 | 2 |
| Hamelin, Marcia J. | Baer Marks & Upham 805 Third Avenue New York, NY 10022 | 7-9-84 | 1 |
| Hamilton, Patrick M. | Davis Polk & Wardwell One Chase Manhattan Plaza New York, NY 10005 | 1979 | 2 |
| Hammett, Jane Compton | 30 Vesey Street New York, NY 10007 | 6-24-68 | 1 |
| Hand, Diane Cummings | Legal Aid Society 15 Park Row New York, NY 10038 | 6-2-86 | 1 |
| Hand, William D. | Wilson Elser Moskowitz Edelman & Dicker 150 East 42nd Street New York, NY 10017 | 1953 | 2 |
| Handman, Herbert Ira | 1775 Broadway New York, NY 10019 | 12-12-58 | 1 |
| Hanrahan, Anna M. | Baer Marks & Upham 805 Third Avenue New York, NY 10022 | 1989 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Hanson, Andrew Bradford | Bear Stearns & Co., Inc. 245 Park Avenue - 4th Floor New York, NY 10167 | 9-25-89 | 1 |
| Hardy, Virginia L. | District Council 37 125 Barclay Street New York, NY 10007 | 3-27-89 | 1 |
| Harish, Gilad A. | Hahn Hessen Margolis & Ryan 350 Fifth Avenue New York, NY 10001 | 1-15-79 | 1 |
| Harlow, Kathryn E. | Bronx Legal Services 2605 Grand Concourse Bronx, NY 10468 | 5-8-89 | 1 |
| Harnick, Steven Ira | A.J. Armstrong Co., Inc. 85D 3rd Avenue New York, NY 10022 | 12-12-66 | 1 |
| Harrington, Audrey Marie | New York City Law Dept. Code Enforcement Div. 100 Church Street New York, NY | 2-25-80 | 1 |
| Harrington, Gerald Thomas | Bailey Martin & Appel 100 Wall Street - 28th Floor New York NY 10005 | 8-28-89 | 1 |
| Harris, Herman Mark | 239 East 79th Street New York, NY 10021 | 3-30-64 | 1 |
| Hart, Jerald Martin | 310 East 46th Street New York, NY 10017 | 3-31-69 | 1 |
| Hart, Robert P. | Kirlin Campbell & Keating 120 Broadway New York, NY 10005 | 3-31-52 | 1 |
| Hartgrove, Richard C. | AT & T 195 Broadway - Rm. 2558 New York, NY 10007 | 1976 | 2 |
| Harvey, Brian W. | Mobil Oil Corp. 150 E. 42nd Street New York, NY 10017 | 1968 | 3 |
| Hassuk, Adam | The Legal Aid Society Prisoners' Rights Project 15 Park Row - 23rd Floor New York, NY 10038 | 3-1-93 | 1 |
| Hatterer, Jane Paula | 345 E. 56th Street - Apt. 14K New York, NY 10022 | 4-17-89 | 1 |
| Haussila, Petri Yrjo Johannes | Shearman & Sterling 599 Lexington Avenue New York, NY 10022 | 1-13-86 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Hawkins, John Landon | 257 Central Park West New York, NY 10024 | 12-7-59 | 1 |
| Hawn, Vanzandt | Davis Polk & Wardwell 1 Chase Manhattan Plaza New York, NY 10005 | 2-14-72 | 1 |
| Hayashi, Patricia Chisato | 1525 Ashbrook Drive Scotch Plains, NJ | 7-9-84 | 1 |
| Hayes, Ronald Dewayne | 275 5th Avenue - #2-A New York, NY 10016 | 3-13-78 | 1 |
| Haymon, Robert Brian | 515 W. 59th Street - Apt. 26-B New York, NY 10019 | 8-24-87 | 1 |
| Hayton, Robert D. | 695 Park Avenue Box 388 New York, NY 10021 | 12-21-67 | 1 |
| Hecht, Kenneth M. | K. D. Richards, Inc. 22 West 19th Street New York, NY 10011 | 3-2-87 | 1 |
| Hecht, Martin Erwin | Schekter Aber & Hecht, P. C. 565 Fifth Avenue New York , NY 10017 | 12-9-57 | 1 |
| Heend, Mark | Matthew Bender & Co., Inc. 11 Penn Plaza New York, NY 10001 | 1974 | 2 |
| Hefler, Michael Evan | Legal Aid Society Juvenile Rights Division 60 Lafayette Street - Suite 310 New York, NY 10013 | 1989 | 2 |
| Heiden, Lisa Ann | 345 East 56th Street - Apt. 9F New York, NY 10022 | 6-18-90 | 1 |
| Heidenberg, Robert | Dreyer & Traub 101 Park Avenue New York, NY 10178 | 3-5-84 | 1 |
| Heiffel, Roger W. | Bower & Gardner 415 Madison Avenue New York, NY 10017 | 1963 | 2 |
| Heilbron, Susan Mae | 411 West End Avenue - Apt. 11C New York, NY 10024 | 2-27-78 | 1 |
| Hellawell, Robert | Columbia Law School 435 West 116th Street New York, NY 10027 | 1954 | 2 |
| Hellenbrand, Troy Michael | Lord Day & Lord Barrett Smith 1675 Broadway New York, NY 10019 | 5-8-89 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Heller, Linda J. | U.S. Department of Energy 26 Federal Plaza - Room 3200 New York, NY 10007 | 7-8-76 | 1 |
| Heller, Richard Moffett | Via Cassia 791 00189 Rome, Italy | 6-29-64 | 1 |
| Hellman, Deborah Susan | Hughes Hubbard & Reed 1 Battery Park Plaza New York, NY 10004 | 2-3-92 | 1 |
| Hemphill, Robert Mark | 660 Amsterdam Avenue - #108 New York, NY 10025 | 3-22-82 | 1 |
| Henderson, Jr., Jack Edward | Breed Abbott & Morgan 153 E. 53rd Street New York, NY 10022 | 6-23-67 | 1 |
| Hendricks, Laura Rule | Reid & Priest 40 West 57th Street New York, NY 10019 | 9-21-92 | 1 |
| Hennessey, Gail Marie | Olshan Grundman Frome Rosenzweig & Orens 505 Park Avenue New York, NY 10022 | 3-2-87 | 1 |
| Herman, Jane E. | Shea & Gould 1251 Avenue of the Americas New York, NY 10020 | 6-15-87 | 1 |
| Herold, Jr., Matthew G. | Mudge Rose Guthrie Alexander & Ferdon 180 Maiden Lane New York, NY 10038 | 1954 | 2 |
| Herrup, Samuel Sherman | Vera Institute of Justice 30 E. 39th Street New York, NY 10016 | 10-28-70 | 1 |
| Hersch, Stuart Allan | Barovick Konecky Braun et al. 1 Dag Hammarskjold Plaza New York, NY 10017 | 3-1-76 | 1 |
| Herschberg, Rose | NYC Department for Aging Senior Security Services 280 Broadway - Rm. 213 New York, NY 10007 | 6-1-87 | 1 |
| Hershberg, David S. | Shearson Lehman Hutton, Inc. 31 West 52nd Street - 9th Floor New York, NY 10019 | 1966 | 2 |
| Hershcopf, Eve Rosalie | 842 Jackson Street Albany, CA 94706 | 7-7-80 | 1 |
| Hession, John William | 2 Bleeker Street - #2 New York, NY 10012 | 11-3-86 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Hewitt, Norman | 3900 Park Avenue - Apt. 5F Bridgeport, CT 06604 | 11-30-53 | 1 |
| Heywood, William Thomas | 308 West 103rd Street, Apt. 9-C New York, NY 10025 | 1985 | 2 |
| Hickman, Cynthia Annette | 145 East 16th Street - #2B New York, NY 10003 | 1-22-90 | 1 |
| Higgins, Barbara Morse | Equitable Life Assurance Society 1285 Avenue of the Americas New York, NY 10019 | 2-22-71 | 1 |
| Hilaire, Stafford A. | Dewey Ballantine Bushby et al. 140 Broadway New York, NY 10005 | 1979 | 2 |
| Hill, Stephanie Diane | Time Incorporated 1271 Avenue of the Americas New York, NY 10020 | 4-11-77 | 1 |
| Hilliard, Craig Scott | Skadden Arps Slate Meagher & Flom, L. L. P. 919 Third Avenue New York, NY 10022 | 1989 | 3 |
| Hines, Lamonuia Marguerite Spencer | 345 W. 145th Street New York, NY 10031 | 3-19-58 | 1 |
| Hirsch, Debra Sue | 10 Haportzim Street Jerusalem 93662, Israel | 2-4-91 | 1 |
| Hirsch, Peter Lawrence | Cravath Swaine & Moore 825 8th Avenue New York, NY 10019 | 1-14-91 | 1 |
| Hirschauer, Jay Thomas | Iannuzzi & Iannuzzi 233 Broadway New York, NY 10007 | 3-11-74 | 1 |
| Hnat, Frederick Barton | Mudge Rose Guthrie Alexander & Ferdon 180 Maiden Lane New York, NY 10038 | 9-24-90 | 1 |
| Hochhausen, Shirley | State of New York Department of Law 120 Broadway New York, NY 10271 | 1979 | 2 |
| Hochman, Richard Alan | Matthew Bender & Co., Inc. 235 E. 45th Street New York, NY 10017 | 1980 | 4 |
| Hoey, Deborah Ann | American Red Cross 150 Amsterdam Avenue New York, NY 10023 | 4-28-80 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Hoffman, Eleanor Ann Prevost | Matthew Bender & Company, Inc. 11 Penn Plaza New York, NY 10001 | 1-12-81 | 1 |
| Hoguet, Marie M. | Butler Fitzgerald & Potter 200 Park Avenue New York, NY 10166 | 4-11-77 | 1 |
| Holcomb, Andrew Cornelius | Fish & Neave 277 Park Avenue New York, NY 10017 | 4-9-79 | 1 |
| Holland, Jr., Albert | 10 Columbus Circle - Ste. 1503 New York, NY 10019 | 6-29-53 | 1 |
| Holloschutz, Joseph William | Thomson McKinnon Securities, Inc. One New York Plaza New York, NY 10004 | 8-24-78 | 1 |
| Holmes, Deborah Kim | Gibson Dunn & Crutcher 200 Park Avenue - 47th Floor New York, NY 10166 | 3-6-89 | 1 |
| Holohan, Joseph K. | Hughes Hubbard & Reed 1 Battery Park Plaza New York, NY | 7-16-90 | 1 |
| Holsinger, Lynn Ann | Law Offices of William G. Kaelin 130 John Street New York, NY 10038 | 1984 | 2 |
| Holtwick, Ann Joyce | Fried Frank Harris Shriver & Jacobson One New York Plaza New York, NY 10004 | 1986 | 3 |
| Hong, Jennifer Mira | Debevoise & Plimpton 875 Third Avenue New York, NY 10022 | 4-13-92 | 1 |
| Honigfeld, Marc J. | Price Waterhouse 153 E. 53rd Street New York, NY 10022 | 1992 | 2 |
| Hooley, Neale F. | 170 Broadway - Suite 201 New York, NY 10038 | 12-12-58 | 1 |
| Hope, Michael Ross | Kenyon & Kenyon One Broadway New York, NY 10004 | 2-2-81 | 1 |
| Hoppenfeld, Peter I. | Galvin Fox & Palmer 425 Park Avenue New York, NY 10022 | 1982 | 2 |
| Horan, William J. | The New York Eye and Ear Infirmary 310 East 14th Street New York, NY 10003 | 5-23-88 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Horne, Laura Christine | Legal Aid Society Juvenile Rights Division 900 Sheridan Avenue Bronx, NY 10451 | 3-5-90 | 1 |
| Horner, Robert C. | Haight Gardner Poor & Havens 1 State Street Plaza New York, NY 10004 | 1975 | 2 |
| Hornstein, Elizabeth | 139 West 74th Street - Suite 1-B New York, NY 10023 | 8-12-80 | 1 |
| Hornstein, Richard | Stroock & Stroock & Lavan 7 Hanover Square New York, NY 10004 | 1991 | 2 |
| Horovitz, Reid Alan | Stroock & Stroock & Lavan Seven Hanover Square New York, NY 10280 | 7-21-91 | 1 |
| Horowitz, Brian J. | Proskauer Rose Goetz & Mendelsohn 1585 Broadway New York, NY 10036 | 1987 | 2 |
| Horowitz, Peter A. | Arthur Andersen & Co. 1345 Avenue of the Americas New York, NY 10019 | 1981 | 2 |
| Horowitz, Richard Irwin | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 1986 | 2 |
| Horton, John B. | Korn/Ferry International 237 Park Avenue New York, NY 10017 | 1964 | 2 |
| Horwitz, Don L. | The Chase Manhattan Bank, N. A. One Chase Manhattan Plaza New York, NY | 1979 | 2 |
| Hough, III, William Jarrett Hallowell | Walter Conston Alexander & Green, P. C. 90 Park Avenue New York, NY 10016 | 4-29-86 | 1 |
| Houlihan, Raymond Matthew | Republic National Bank of New York, 452 5th Avenue New York, NY 10018 | 6-18-84 | 1 |
| Houser, Bardley Dean | Winston & Strawn 175 Water Street New York, NY 10038 | 9-20-93 | 1 |
| Howard, Gregory Lyon | Robb & Henning 515 Madison Avenue - 2100 New York, NY 10022 | 10-18-93 | 1 |
| Howard, Nathan S. | 3 East 71st Street - 10A New York, NY 10021 | 3-31-69 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Howell, Margaret Lane | Graubard Moskovitz McGoldrick Dannett 345 Park Avenue New York, NY 10154 | 5-2-83 | 1 |
| Howell, Sidney P. | Arthur Dry & Kalish, P. C. 1230 Avenue of the Americas New York, NY 10020 | 1949 | 3 |
| Hriciga, Valerie | 591 E. San Madele Fresno, CA 93710 | 11-9-81 | 1 |
| Hubbard, James Robert | Kaye Scholer Fierman Hayes & Handler 425 Park Avenue New York, NY 10022 | 1988 | 2 |
| Hubbell, Charlotte Beyer | Home Box Office 1271 Avenue of the Americas New York, NY 10020 | 11-21-77 | 1 |
| Hubbell, Elizabeth | 165 West End Avenue - Apt. 26J New York, NY 10023 | 1-11-88 | 1 |
| Huber, Richard H. | Gwertzman & Pfeffer 115 Broadway New York, NY 10006 | 1951 | 4 |
| Huber, Theodor Joseph | Fulbright Jaworski & Reavis McGrath 345 Park Avenue - 42nd Floor New York, NY 10154 | 1982 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Hudak, Melanie A. | Abeles Schwartz Associates 434 Sixth Avenue New York, NY 10011 | 1986 | 2 |
| Hudes, Karen Alexandra | Anderson Russell Kill & Olick 630 Fifth Avenue New York, NY 10020 | 9-26-77 | 1 |
| Hughes, Lisa Merritt | Olwine Connelly Chase O'Donnell & Weyher 299 Park Avenue New York, NY 10171 | 6-5-89 | 1 |
| Hunegs, Craig S. | Capital Cities ABC, Inc. 77 West 66th Street New York, NY 10023 | 6-1-87 | 1 |
| Hur, Chang-Bok | Skadden Arps Slate Meagher & Flom, L. L. P. 919 Third Avenue New York, NY 10022 | 6-4-90 | 1 |